15 So.2d 918

**Pleas CARGILE v. STATE.**

**8 Div. 261.**

Supreme Court of Alabama.

Oct. 21, 1943.

H. T. Foster, of Scottsboro, for the petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

THOMAS, Justice.

Petition of Pleas Cargile for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Cargile v. State, 15 So.2d 921.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.

15 So.2d 918

**CITY OF ANDALUSIA v. P. LEWIS.**

**4 Div. 317.**

Supreme Court of Alabama.

Nov. 11, 1943.

Robt. B. Albritton, of Andalusia, for appellant.

E. O. Baldwin, of Andalusia, for appellee.

PER CURIAM.

Appeal dismissed.

17 So.2d 182

**Henry Lester COFFEY v. STATE.**

**8 Div. 260.**

Supreme Court of Alabama.

Jan. 20, 1944.

Proctor & Snodgrass, of Scottsboro, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.

15 So.2d 919

**J. S. COLMAN v. T. T. RIDDLE.**

**7 Div. 753.**

Supreme Court of Alabama.

Oct. 29, 1943.

H. M. Powell, of Birmingham, for appellant.

Jas. A. Embry and W. L. Acuff, both of Ashville, for appellee.

PER CURIAM.

Appeal dismissed.